# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **18–25361 – TJC**   Chapter: **7**

**Thomas T Benson and**
**Mary Jean Benson**
Debtors

# NOTICE

PLEASE TAKE NOTICE that a Reaffirmation Agreement hearing will be held

at Post Office Building, 129 East Main Street, Room 104, Salisbury, MD 21801

on 3/12/19 at 10:00 AM

to consider and act upon the following:

16 – Reaffirmation Agreement, and Declaration of Counsel, Between Debtor, Thomas T Benson and M&T Bank, Filed by Thomas T Benson . (Attachments: # 1 Exhibit Reaffirmation Cover Sheet) (Smith, Denise) Modified on 2/21/2019 (Smith, Denise).

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 2/22/19

                                                Mark A. Neal, Clerk of Court
                                                by Deputy Clerk, Rita Hester

Form ntcreaf