

**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **18−25361 − TJC**   Chapter: **7**   Doc No.: **16**

**Thomas T Benson and**
**Mary Jean Benson**
Debtor

## ORDER CONTINUING HEARING OF
## REAFFIRMATION AGREEMENT

Upon consideration of the motion for continuance filed in the above−captioned matter by Thomas T. Benson and Mary Jean Benson, and it appearing that the relief requested is justified, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing scheduled for March 12, 2019, is continued to **April 9, 2019, at 10:00 a.m. in Courtroom 104 of the U.S. Bankruptcy Court, U.S. Post Office Building, 129 Main Street, Salisbury, Maryland 21801.**

cc:   All Parties
      All Counsel

### End of Order

12x01 (rev. 05/21/2012) − dsmith