Entered: May 2nd, 2019
Signed: May 2nd, 2019

**SO ORDERED**

No response or opposition.



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BENSON, THOMAS T. | * | Case No. 18-25361-TJC |
| BENSON, MARY JEAN | * | |
| Debtors | * | (Chapter 7) |

* * * * * * * * * * * * *

**ORDER GRANTING TRUSTEE'S APPLICATION FOR AUTHORITY AND APPROVAL TO EMPLOY GLADWIN D'COSTA, A MEMBER OF MARYLAND REO REALTY, AND APPROVAL OF LISTING AGREEMENT FOR SALE OF REAL PROPERTY**

Now the above-captioned matter comes on before this Court upon the Application of the Chapter 7 Trustee herein, George Liebmann, and pursuant to 11 U.S.C. §327, requesting authority to employ the professional services of Gladwin D'Costa, a member of Maryland REO Realty, in this matter for the listing and sale of real estate known as 482 Nolpark Drive, Glen Burnie, Maryland 21061, and to approve the Listing Agreement for this property. The Trustee filed the Application on April 12, 2019. The Trustee served the Motion on the Office of the United States Trustee, Debtors' counsel, Debtors and all parties of interest in this matter. To date, no objections or responses have been filed with the Court as to the Trustee's Application, nor have any objections or responses been served upon the Trustee or his counsel.

The Court, having jurisdiction herein, finds as follows:

1. The Applicant is the duly qualified and acting Chapter 7 Trustee of the bankruptcy estate of Thomas T. Benson & Mary Jean Benson.

2. Gladwin D'Costa, a member of Maryland REO Realty, has the expertise and knowledge to assist the Chapter 7 Trustee with the marketing and sale of real property located at 482 Nolpark Drive, Glen Burnie, Maryland 21061, which is legally described as follows: DIST:03 LT 16 BK G SC 2 482 NOLPARK DRIVE RIPPLING ESTATES MAP REF:15 17 350 hereinafter referred to as the "Real Property".

3. The Debtors have not declared the Real Property as exempt.

4. The Chapter 7 Trustee desires to employ Gladwin D'Costa, a member of Maryland REO Realty (jointly referred to hereafter as "Local Listing Broker"), to provide professional services on behalf of this bankruptcy estate for the marketing and sale of the Real Property identified hereinabove, in which the above-named Debtors hold an interest. The Local Listing Broker is requesting a commission of two percent (2%) of the gross sale proceeds. All fees and expenses will be presented to the Court for approval prior to payment.

5. A duly executed and verified statement of disinterestedness was attached to the Application as Exhibit "A" setting out that the employees and members of Maryland REO Realty are disinterested persons, as the term is used in the Bankruptcy Code, do not hold an interest adverse to the bankruptcy estate, is not aware of any connection with the Debtors, creditors, any other party in interest, their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee and understand there is a continuing duty to disclose any such adverse interest.

6. Notice of the request and approval of the employment of this professional was provided and served upon all parties of interest in this matter.

7.      Also attached to the Trustee's Application as Exhibit "B" was a copy of the Listing Agreement and the Chapter 7 Trustee requested that the Court approve this Agreement, which the Chapter 7 Trustee has executed on behalf of this bankruptcy estate.

8.      BK Global Real Estate Services ("BK Global") has been retained by the Chapter 7 Trustee and BK Global has agreed to fully cooperate with Local Listing Broker.

9.      Shellpoint Mortgage claims a mortgage interest in the Real Property and has consented to the sale of the Real Property subject to their security interest.

The Court, having reviewed the file herein and being fully advised, finds that good cause exists to grant the Trustee's Application and for the entry of this Order.

IT IS, THEREFORE, BY THE COURT ORDERED that the Notice as to the Application to Employ Gladwin D'Costa, a member of Maryland REO Realty, as served by the trustee upon all parties of interest in this matter was due, proper and sufficient, and no further or additional notice is necessary or required.

IT IS BY THE COURT FURTHER ORDERED that the Chapter 7 Trustee's Application is hereby GRANTED and the Chapter 7 Trustee is hereby AUTHORIZED to employ the professional services of Gladwin D'Costa, a member of Maryland REO Realty, in this bankruptcy estate, for the listing and sale of the Real Property.

IT IS BY THE COURT FURTHER ORDERED that the Listing Agreement with Gladwin D'Costa, a member of Maryland REO Realty, for the sale of the subject Real Property is hereby APPROVED.

cc:

Office of the U.S. Trustee
Garmatz Federal Courthouse
101 W. Lombard St., Rm. 2625
Baltimore, MD 21201

Melvin J. Caldwell, Jr.
Caldwell & Whitehead, P.A.
PO Box 4520
Salisbury, MD 21803-4520

Gladwin D'Costa
Maryland REO Realty
13978 Baltimore Ave.
Laurel, MD 20707

Thomas T. Benson
Mary Jean Benson
42 Anchor Way
Berlin, MD 21811

Shellpoint Mortgage Servicing
P.O. Box 740039
Cincinnati, OH 45274-0039

George W. Liebmann, Esquire
Liebmann & Shively, PA
8 W. Hamilton Street
Balitmore, MD 21201

**END OF ORDER**